# Court of Appeals
# of the State of Georgia

ATLANTA,___July 13, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15A0416. LEWIS v. THE STATE.**

Gregory Lewis appeals from convictions and the denial of his motion for new trial. In one of his enumerations, Lewis contends that the evidence adduced at trial was insufficient to support his conviction for aggravated sodomy. In addressing this issue in its order denying Lewis's motion for new trial, the trial court relied on the contents of the child victim's forensic interview, a video recording of which played for the jury and tendered into evidence at trial as State's Exhibit 11. The State likewise relies on the contents of this recorded interview in its argument on appeal. However, the record transmitted to this Court fails to include State's Exhibit 11.

Furthermore, our review of the trial transcript indicates that a separate video recording of another child victim's forensic interview was played for the jury and tendered into evidence as State's Exhibit 10. Although the State relies, in part, on the contents of this recorded interview in its response brief, State's Exhibit 10 was likewise not included in the appellate record.

Accordingly, it is hereby ordered that this case be REMANDED to the trial court for completion of the record. It is further ordered that, upon the filing of the complete record in the trial court, the clerk of the trial court shall transmit the entire record, which shall include all trial exhibits, to this Court for the re-docketing of this case.



*Court of Appeals of the State of Georgia*

  *Clerk's Office, Atlanta,* ___07/13/2015___

  *I certify that the above is a true extract from*

*the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court*

*hereto affixed the day and year last above written.*

_____ *Stephen E. Castlen* _____ *, Clerk.*